UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNIFER VENANCIO,

    Plaintiff,

v.                                Case No: 2:16-cv-765-FtM-29CM

M & K WIRELESS, INC.,

    Defendant.
_____

**ORDER**

This matter came before the Court on the parties' Stipulation of Dismissal Without Prejudice (Doc. #15) filed on January 19, 2017. Upon review, the parties were directed to file a joint motion for approval of the settlement reached under the Fair Labor Standards Act, along with the settlement agreement, or to indicate if the case was settled without compromise. On February 3, 2017, plaintiff filed a Notice (Doc. #17) indicating that no settlement was reached. Rather, plaintiff no longer wishes to pursue the case.

As there was no settlement, no review of the settlement is necessary, Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982), and a case is otherwise deemed dismissed upon the filing of a stipulation for dismissal, Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __3rd__ day of February, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record